| | |
|---|---|
| 1 | **LEMON LAW ASSOCIATES OF CALIFORNIA** |
| 2 | SUSAN A. YECK (129031) |
|   | 2667 Camino Del Rio South Suite 200 |
| 3 | San Diego, Ca 92108 |
|   | Telephone: 877-955-3666 |
| 4 | Facsimile: 619-531-7997 |
|   | E-mail: syeck@lemonlawassociates.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | MARIA GASTELUM |
| 7 | **WILSON TURNER KOSMO LLP** |
|   | ROBERT A. SHIELDS (206042) |
| 8 | KAITLIN E. PRESTON (315631) |
|   | 402 West Broadway, Suite 1600 |
| 9 | San Diego, California  92101 |
|   | Telephone:  (619) 236-9600 |
| 10 | Facsimile:   (619) 236-9669 |
|    | E-mail:  rshields@wilsonturnerkosmo.com |
| 11 | E-mail:  kpreston@wilsonturnerkosmo.com |
|    | E-mail:  warrantyeservice@wilsonturnerkosmo.com |
| 12 | |
| 13 | Attorneys for Defendant |
|    | FORD MOTOR COMPANY |
| 14 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MARIA GASTELUM, | Case No. 5:22-cv-771−JGB−SP |
| Plaintiff, | (Removed from Riverside County Superior Court, Case No.: CVRI2201250 |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| FORD MOTOR COMPANY, a Corporation, and DOES 1 through 10, inclusive, | State Ct. Complaint Filed:  March 29, 2022 |
| Defendants. | Action Removed: May 5, 2022 |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Maria Gastelum and Defendant Ford Motor Company have reached settlement in this matter.

The Parties respectfully request the Court set a Settlement Disposition Conference in sixty days to allow the Parties to effectuate the terms of the settlement. The Parties anticipate filing a Joint Motion for Dismissal with Prejudice within sixty (60) days.

Dated: August 25, 2022          **WILSON TURNER KOSMO LLP**

By:   */s/ Robert A. Shields*
ROBERT A. SHIELDS
KAITLIN E. PRESTON
Attorneys for Defendant
FORD MOTOR COMPANY

Dated: August 25, 2022          **LEMON LAW ASSOCIATES OF CALIFORNIA**

By:   */s/ Susan A. Yeck*
SUSAN A. YECK
Attorneys for Plaintiff
Maria Gastelum

### SIGNATURE ATTESTATION

I hereby certify that authorization for the submitting of this document has been obtained from each of the other signatories shown above and that all signatories concur in the document's content.

s/ *Robert A. Shields*
ROBERT A. SHIELDS